IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL GARCIA RODRIGUEZ, | ) | Case № 1:26-cv-00199-DAD-AC |
| | ) | |
| Petitioner, | ) | **O R D E R:** |
| | ) | ***PRO HAC VICE* ADMISSION TO** |
| vs. | ) | **THIS COURT OF DISTRICT OF** |
| | ) | **ALASKA FEDERAL PUBLIC** |
| WARDEN OF THE GOLDEN STATE | ) | **DEFENDER AND ASSISTANT** |
| ANNEX DETENTION FACILITY. et al., | ) | **FEDERAL DEFENDERS** |
| | ) | |
| Respondents. | ) | |
| | ) | |

Upon the Federal Defender's *Motion* after this Court appointed counsel for Petitioner DANIEL GARCIA RODRIGUEZ and considering Local Rule 180(b)(1) and (2) and General Order 671 *CJA Plan* § XV.C.1.g (adapting CJA appointments and *pro hac vice* appearance),

IT IS HEREBY ORDERED admitting Jamie McGrady, District of Alaska Federal Public Defender and Olivia Johnson, Assistant Federal Public Defender, *pro hac vice* to the United States District Court, California Eastern in this case.

Dated: February 9, 2026

_____
HONORABLE ALLISON CLAIRE
United States Magistrate Judge

*Garcia Rodriguez v. Warden*               1               Order *Pro Hac Vice* Admission
to This Court of District of Alaska
Federal Public Defender and
Assistant Federal Defenders